February 6, 1939

Mr. Julian Montgomery, Engineer
State Highway Department
Austin, Texas

Dear Sir:

Opinion No. 0-842
Re: Opinion as to who are ex-
empt from the payment of
registration fees on mo-
tor vehicles.

Your request for an opinion as to
whether a motor vehicle must be owned by the
United States Government or a governmental
agency to be eligible to receive exempt li-
cense plates, and whether vehicles privately
owned but used to transport mail under gov-
ernment contract, are eligible to receive
the benefits of the provisions of the regis-
tration law relative to the issuance of ex-
empt license plates, has been received by
this office.

Article 6675a-3 expressly provides
that owners of motor vehicles, trailers and
semi-trailers, which are the property of, and
used exclusively in the service of the United
States Government shall apply annually to reg-
ister such vehicles but shall not be required
to pay the registration fees therein provid-
ed. This article does not make any exceptions
as to the ownership of such motor vehicles
and expressly provides that they must be own-
ed by the government or a governmental agency.

On January 2, 1932 Hon. T.S. Chris-
topher, Assistant Attorney General, wrote a

Mr. Julian Montgomery, February 6, 1939,
Page No. 2


letter opinion holding as hereinabove stat-
ed. While the exact wording of the statute,
at this time, is different from the wording
of Article 6675a-3, the effect is the same,
and we concur in that opinion and hereby a-
dopt the same.

It is also our opinion that a vehi-
cle which is privately owned, but used to
transport mail under a government contract,
is not entitled to receive the benefits of
fee exempt license plates.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Richard H. Cooke

RHC:ob                                              Assistant

APPROVED:

ATTORNEY GENERAL OF TEXAS